Clear Form

**FILED**
E-FILING
NOV 24 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David Bushlow

      Plaintiff,

vs.

MTC Financial Inc. dba Trustee Corps

      Defendant.

CASE NO. CV 17 6771 HRL

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, David Bushlow, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

  In support of this application, I provide the following information:

1.  Are you presently employed?     Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $5180.00     Net: $4000.00

Employer: Giles Healey Construction, PO Box 222671, Carmel, Ca, 93922

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.     Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7          a.     Business, Profession or                    Yes ____ No ____
8                 self employment?

9          b.     Income from stocks, bonds,                 Yes ____ No ____
10                or royalties?

11         c.     Rent payments?                             Yes ____ No ____

12         d.     Pensions, annuities, or                    Yes ____ No ____
13                life insurance payments?

14         e.     Federal or State welfare payments,         Yes ✓ No ____
15                Social Security or other govern-
16                ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 Social Security Benefit for Daughter, ARB, after her mothers death, amount $706.00 per

20 month until she is 18 years of age.

21 3.     Are you married?                                   Yes ____ No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____  Net $_____

26 4.     a.     List amount you contribute to your spouse's support:$ _____

27        b.     List the persons other than your spouse who are dependent upon you for support

28               and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

ARB _____

_____

5. Do you own or are you buying a home?   Yes ___  No ✓

Estimated Market Value: $_____  Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ✓  No ___

Make Subaru   Year 1998   Model Forester

Is it financed? Yes ___  No ✓  If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ✓  No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: Monterey Credit Union, 501 E. Franklin St, Monterey, Ca, 93940; Eldorado Savings, 515 N. Main St., Bishop, Ca, 93514

Present balance(s): $ 513.81; $9.38

Do you own any cash? Yes ___  No ✓  Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___  No ✓

_____

8. What are your monthly expenses?

Rent: $ 1875.00   Utilities: 790.00

Food: $ 900.00   Clothing: 250.00

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Personal Loan, $2500.00, Anthony Joseph Bushlow, $200.00 per month

- 3 -

1  _____

2  10.     Does the complaint which you are seeking to file raise claims that have been presented in

3  other lawsuits?   Yes ____ No ✓

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5  which they were filed.

6  _____

7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9  false statement herein may result in the dismissal of my claims.

10

11  __11/18/2017__                    _____[signature]_____

12          DATE                              SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -