UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BUSHLOW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MTC FINANCIAL,<br><br>　　　　　Defendant. | Case No.17-cv-06771-HRL<br><br>**ORDER ON CASE DEADLINES AND E-FILING**<br><br>Re: Dkt. Nos. 10, 11, 12 |

Pro se plaintiff David Bushlow asks the Court to continue various deadlines set by the initial case management scheduling order. Dkt. Nos. 10, 11. Bushlow explains that his original proposed summons was "not in proper form," which delayed service on the defendant. Dkt. No. 10 ¶ 7. The Court grants Bushlow's requests and amends the initial case management scheduling order as follows.

- By **March 13, 2018**, the parties must: meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.
- By **March 27, 2018**, the parties must file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement
- The Initial Case Management Conference is continued to **April 3, 2018**, at 1:30 P.M. in Courtroom 2, 5th Floor, of the U.S. District Court in San Jose.

Separately, Bushlow asks the Court for permission to e-file. Dkt. No. 12. Having considered Bushlow's application, the Court grants his request.

**IT IS SO ORDERED.**

Dated: February 12, 2018

_____
HOWARD R. LLOYD
United States Magistrate Judge