1  Richard J. Reynolds (SBN 89911)
   E-mail: rreynolds@bwslaw.com
2  Gail E. Kavanagh (SBN 154705)
   E-mail: gkavanagh@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   1851 East First Street, Suite 1550
4  Santa Ana, CA 92705-4067
   Tel: 949.863.3363    Fax: 949.863.3350
5
   Attorneys for Defendant
6  MTC Financial Inc. dba Trustee Corps, Inc.
   [erroneously sued as "MTC Financial d/b/a Trustee
7  Corp, Inc."]

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

| | |
|---|---|
| DAVID BUSHLOW,<br><br>   Plaintiff,<br><br>   v.<br><br>MTC FINANCIAL d/b/a TRUSTEE CORP, INC. ,<br><br>   Defendant. | **Case No. 5:17-cv-06771- HRL**<br><br>**STATEMENT OF INTERESTED PARTIES BY DEFENDANT MTC FINANCIAL INC., dba TRUSTEE CORPS, INC.**<br><br><br>Action Filed:  November 24, 2017 |

**TO THE HONORABLE HOWARD R. LLOYD, UNITED STATES DISTRICT COURT MAGISTRATE JUDGE AND PLAINTIFF DAVID BUSHLOW:**

   The undersigned, counsel of record for Defendant MTC FINANCIAL INC. dba TRUSTEE CORPS, certifies that the following parties have a pecuniary interest in the outcome of this case:

   These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

   1.   MTC FINANCIAL INC., dba TRUSTEE CORPS, INC.; and

1    2.    All named parties to this action.

2   Dated: March 5, 2018                               BURKE, WILLIAMS & SORENSEN, LLP

3

4
                                                      By: /s/ Gail E. Kavanagh
5                                                         Richard J. Reynolds
                                                          Gail E. Kavanagh
6                                                         Attorneys for Defendant
                                                          MTC Financial Inc. dba Trustee Corps, Inc.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP          SF #4831-2857-1486 v1         - 2 -         STATEMENT OF INTERESTED PARTIES
ATTORNEYS AT LAW
SANTA ANA