UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ERIC BUSHLOW,<br><br>        Plaintiff,<br><br>        v.<br><br>MTC FINANCIAL,<br><br>        Defendant. | Case No.17-cv-06771-HRL<br><br>**ORDER ON PLAINTIFF'S EX PARTE APPLICATIONS**<br><br>Re: Dkt. Nos. 23, 24 |

Pro se Plaintiff David Bushlow ("Bushlow") sues MTC Financial, Inc., dba Trustee Corps., Inc. ("Trustee Corps") under the Fair Debt Collection Practices Act. Trustee Corps recently moved to dismiss the complaint for failure to state a claim upon which relief can be granted. Dkt. No. 17. An initial case management conference is set for April 3, 2018, while a hearing on the motion to dismiss is scheduled for April 10, 2018.

The Court is in receipt of two ex parte applications from Bushlow. In the first, Bushlow requests a seven-day extension of the deadline to file his opposition to the motion. Dkt. No. 23. Bushlow attached an e-mail from Trustee Corps' counsel, who said her client would not oppose Bushlow's request. Dkt. No. 23-2. The Court therefore grants Bushlow's application. Bushlow must file his opposition by **March 23, 2018**. Trustee Corps must file its reply by **March 30, 2018**.

In the second application, Bushlow asks for additional time to meet the requirements set out in the Court's Order on Case Deadlines and E-Filing, Dkt. No. 14, concerning initial disclosures, ADR, and other related items. Dkt. No. 24. Bushlow does not describe what, if any, progress has been made in meeting the requirements of the scheduling order, but he says he has been diligently preparing his opposition to the motion to dismiss. *Id.*. The Court hereby **vacates**

the April 3 initial case management conference, to be reset as may be appropriate following resolution of the motion to dismiss. All deadlines in the Order on Case Deadlines and E-Filing are also hereby **vacated** pending resolution of the motion to dismiss.

**IT IS SO ORDERED.**

Dated: March 13, 2018

HOWARD R. LLOYD
United States Magistrate Judge