UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ERIC BUSHLOW,<br>   Plaintiff,<br> v.<br>MTC FINANCIAL,<br>   Defendant. | Case No.17-cv-06771-VKD<br><br>**JUDGMENT** |

On August 7, 2018, the Court granted defendant MTC Financial, Inc. d/b/a Trustee Corps, Inc.'s ("Trustee Corps") Motion to Dismiss Amended Complaint. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Trustee Corps and against David Bushlow. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 7, 2018

_____
VIRGINIA K. DEMARCHI
United States Magistrate Judge